# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GAYLE MARIE MEDEIROS, | Case No. 1:16-cv-01644-SAB-HC |
|---|---|
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST TO DENY FUTURE EXTENSIONS OF TIME AND DENYING PETITIONER'S REQUEST FOR COPY OF DOCKET SHEET |
| v. | |
| RON RACKLEY, | |
| Respondent. | (ECF No. 26) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 26, 2017, Petitioner filed a motion requesting that the Court deny any future extensions of time to respond to the petition. (ECF No. 26). The Court reviews any party's request for an extension of time when the request is made and in light of the particular circumstances of the case. Petitioner also requests a copy of the docket sheet. However, Petitioner does not inform the Court why she needs the docket sheet, and it is not apparent to the Court the docket sheet is necessary for Petitioner to prosecute her case.

Accordingly, Petitioner's motion (ECF No. 26) is DENIED.

IT IS SO ORDERED.

Dated: __April 28, 2017__

UNITED STATES MAGISTRATE JUDGE

1