# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE MARIE MEDEIROS, | Case No. 1:16-cv-01644-SAB-HC |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR RESPONDENT TO RETURN EXTRA COPIES AND ORIGINAL DOCUMENTS AND SWORN AFFIDAVITS RECEIVED FROM PETITIONER |
| v. | |
| RON RACKLEY, | |
| Respondent. | (ECF No. 24) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 20, 2017, Petitioner filed the instant request for Respondent to return extra copies and original documents and sworn affidavits received from Petitioner. (ECF No. 24). Petitioner alleges that she inadvertently enclosed the originals and copies of sworn affidavits and documents in an envelope addressed to Respondent. On May 8, 2017, counsel for Respondent filed a declaration, indicating that Respondent never received any of the materials that Petitioner asserts were sent, and thus, is unable to comply with Petitioner's request to return the extra copies and originals. (ECF No. 29). Petitioner has not filed a reply.

It is unclear what, if any, relief Petitioner is requesting from the Court. In light of counsel's declaration, it appears that Respondent did not receive the materials at issue and thus, is unable to comply with Petitioner's request.

1 | Accordingly, to the extent that Petitioner is requesting Court action on this matter, Petitioner's request is DENIED.

IT IS SO ORDERED.

Dated:  **May 31, 2017**

_____
UNITED STATES MAGISTRATE JUDGE