# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE MARIE MEDEIROS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON RACKLEY,<br><br>　　　　Respondent. | Case No. 1:16-cv-01644-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT THE TRAVERSE<br><br>(ECF No. 38) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 5, 2017, the Court received the instant motion in which Petitioner requests that she be allowed to supplement the traverse with a table of authorities and additional citations that were unintentionally left out of the traverse. (ECF No. 38). Petitioner includes the table of authorities and additional citations in addition to proof of service of the traverse.

The Court HEREBY ORDERS that Petitioner's motion (ECF No. 38) is GRANTED. The Court will consider the supplemental information along with the other pleadings and will review this matter in due course.

IT IS SO ORDERED.

Dated:  **July 11, 2017**

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE