# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE MARIE MEDEIROS, | Case No. 1:16-cv-01644-SAB-HC |
| Petitioner, | ORDER RE: CASE STATUS |
| v. | (ECF No. 40) |
| RON RACKLEY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 17, 2017, the Court received Petitioner's request for status. (ECF No. 40). The Court is aware of the pendency of this case and will review this matter in due course. There are hundreds of prisoner civil cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to these heavy caseloads, the Court will not respond to further requests regarding the status of the case.

IT IS SO ORDERED.

Dated: __November 20, 2017__

UNITED STATES MAGISTRATE JUDGE